IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than March 20, 2018 |
| Date of Expiration of Patent: | October 4, 2020 (6,414,126)<br>October 4, 2020 (6,515,117) |
| Thirty Month Stay Deadline:[1] | No earlier than July 8, 2021 |

---

[1] The stay preventing approval of the proposed generic products expires no earlier than July 8, 2021 (seven and one-half years from the new chemical entity approval on January 8, 2014). *See* 21 U.S.C. § 355(j)(5)(F)(ii).

ME1 27133429v.1

| | |
|---|---|
| DATED: May 1, 2018 | McCarter & English, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | McCarter & English, LLP |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | |
| | *Of Counsel:* |
| | |
| | Charles E. Lipsey |
| | Ryan P. O'Quinn |
| | Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. |
| | 11955 Freedom Drive |
| | Reston, VA 20190 |
| | (571) 203-2700 |
| | (202) 208-4400 (fax) |
| | Charles.Lipsey@finnegan.com |
| | Ryan.O'Quinn@finnegan.com |
| | |
| | Jill K. MacAlpine |
| | Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. |
| | 901 New York Ave., N.W. |
| | Washington, D.C. 20001 |
| | (202) 408-4000 |
| | (202) 408-4400 (fax) |
| | Jill.MacAlpine@finnegan.com |

ME1 27133429v.1

John D. Livingstone
M. David Weingarten
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
271 17th Street, NW, Suite 1400
Atlanta, GA 30363
(404) 653-6400
(202) 408-4400 (fax)
John.Livingstone@finnegan.com
David.Weingarten@finnegan.com

*Attorneys for Plaintiff*
*AstraZeneca AB*