IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA AB, ) ) Plaintiff, ) ) v. ) ) ZYDUS PHARMACEUTICALS (USA) ) INC., ) ) Defendant. ) ) | C.A. No. 18-664-RGA |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, and subject to the Court's approval, that the following deadlines be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | April 20, 2020 | June 8, 2020 |
| Opening Expert Reports Due | June 12, 2020 | July 31, 2020 |
| Rebuttal Expert Reports Due | July 17, 2020 | September 11, 2020 |
| Reply Expert Reports Due | August 28, 2020 | October 9, 2020 |
| Close of Expert Discovery | October 23, 2020 | December 4, 2020 |

The parties have agreed that, unless for good cause shown, the extension of the close of fact discovery is limited to the completion of previously noticed depositions. All other deadlines in the case remain unchanged.

ME1 33116323v.1

DATED: April 14, 2020

| McCARTER & ENGLISH, LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *Daniel M. Silver* <br> Michael P. Kelly (#2295) <br> Daniel M. Silver (#4758) <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> mkelly@mccarter.com <br> dsilver@mccarter.com | /s/ *Megan C. Haney* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pgmhlaw.com <br> mch@pgmhlaw.com |
| Of Counsel: | Of Counsel: |
| Charles E. Lipsey <br> Ryan P. O'Quinn <br> Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. <br> 11955 Freedom Drive, Suite 800 <br> Reston, VA 20190 <br> (571) 203-2700 <br> (202) 408-4400 (fax) <br> Charles.Lipsey@finnegan.com <br> Ryan.O'Quinn@finnegan.com | Michael J. Gaertner <br> Myoka Kim Goodin <br> Zhibin Li, Ph.D. <br> Jennifer M. Coronel <br> Christopher J. Cassella <br> Locke Lord LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0700 <br> mgaertner@lockelord.com <br> mkgoodin@lockelord.com <br> jennifer.coronel@lockelord.com <br> christopher.cassella@lockelord.com <br> zhibin.li@lockelord.com |
| Jill K. MacAlpine <br> Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. <br> 901 New York Ave., N.W. <br> Washington, D.C. 20001 <br> (202) 408-4000 <br> (202) 408-4400 (fax) <br> Jill.MacAlpine@finnegan.com | Attorneys for Defendant |
| John D. Livingstone <br> M. David Weingarten <br> Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. <br> 271 17th Street, NW, Suite 1400 <br> Atlanta, GA 30363 <br> (404) 653-6400 <br> (202) 408-4400 (fax) <br> John.Livingstone@finnegan.com <br> David.Weingarten@finnegan.com | |
| Attorneys for Plaintiff | |

IT IS SO ORDERED, this _____ day of _____, 2020.

                                                          _____
                                                          United States District Judge

ME1 33116323v.1