## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 18-664-RGA |
| ZYDUS PHARMACEUTICALS (USA), INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION REGARDING SUPPLEMENTAL EXPERT DISCOVERY

WHEREAS, Plaintiff AstraZeneca AB ("AstraZeneca") and Zydus Pharmaceuticals (USA) Inc. ("Zydus") have a dispute about expert discovery and, rather than burden the Court with it, have agreed to the resolution outlined below;

IT IS HEREBY STIPULATED AND AGREED, by AstraZeneca and Zydus, subject to the approval of the Court, that:

1. Zydus's expert, Dr. Radojka Savic, may serve by December 30, 2020, a supplemental expert report and any appendices, exhibits and other supporting material ("Supplement to Savic Report") limited in scope to responding to the subject matter of the Supplement to Rebuttal Expert Report of Ronald A. Thisted, Ph.D. and Appendices ("Supplement to Thisted Report") served by Plaintiff AstraZeneca AB ("AstraZeneca") on November 30, 2020 (D.I. 111).  The Supplement to Savic Report will be limited to 25 pages, exclusive of exhibits, appendices and other supporting material.  Zydus reserves the right to seek leave for additional pages for good cause shown.

2. Zydus may conduct an additional deposition of Dr. Thisted for no more than 3 hours on the record.  This deposition will be limited in scope to the subject matter of the Supplement to Thisted Report and Supplement to Savic Report.  Dr. Thisted's deposition will be completed between January 5-8, 2021.

3. AstraZeneca may conduct an additional deposition of Dr. Savic for no more than 3 hours on the record.  This deposition will be limited in scope to the subject matter of the Supplement  to Savic Report and the Supplement to Thisted Report.  Dr. Savic's deposition will be completed between January 12-15, 2021.

4. No further supplements or reports will be served.

5. Notwithstanding the parties' agreed upon schedule for preparation of the pretrial order, both parties may amend or revise their respective pretrial sections in good faith.

DATED: December 21, 2020

/s/ Alexandra M. Joyce
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, L.L.P.
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Charles E. Lipsey
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
1875 Explorer Street, Suite 800
Reston, VA 20190
(571) 203-2700
Charles.Lipsey@finnegan.com
oquinnr@finnegan.com

John D. Livingstone
M. David Weingarten
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
271 17th Street, N.W., Suite 1400
Atlanta, GA 30308-3263
(404) 653-6400
John.Livingstone@finnegan.com
David.Weingarten@finnegan.com

Jill K. MacAlpine
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000
Jill.MacAlpine@finnegan.com

*Attorneys for Plaintiff AstraZeneca AB*

Respectfully submitted,

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

OF COUNSEL:

Michael J. Gaertner
Myoka Kim Goodin
Jennifer M. Coronel
Christopher J. Cassella
LOCKE LORD L.L.P.
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
mkgoodin@lockelord.com
jennifer.coronel@lockelord.com
christopher.cassella@lockelord.com

Alan B. Clement
Zhibin Li
LOCKE LORD L.L.P.
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
(212) 415-8600
aclement@lockelord.com
zhibin.li@lockelord.com

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

3

4

IT IS SO ORDERED, this \_\_\_\_\_ day of _____, 2020.

                                                                _____
                                                                The Honorable Richard G. Andrews
                                                                United States District Judge