IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>　　　　Defendant. | PUBLIC VERSION FILED:<br>JANUARY 26, 2021<br><br>C.A. No. 18-664-RGA<br><br>███████████████<br>███████████████████████<br>███████████████<br>███████████████ |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff AstraZeneca AB ("AstraZeneca") has asserted that Defendant Zydus Pharmaceuticals (USA) Inc. ("Zydus"), by submitting Abbreviated New Drug Application ("ANDA") No. 211582 seeking approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of generic versions of dapagliflozin tablets (5 mg and 10 mg) ("Zydus's ANDA Products") infringes U.S. Patent No. 6,515,117 ("the '117 patent");

WHEREAS, Zydus has asserted that the claims of the '117 patent are invalid and, therefore, not infringed;

WHEREAS, a bench trial is currently scheduled to commence in the above-captioned action on February 10, 2021, which AstraZeneca and Zydus anticipated would last three trial days;

WHEREAS, during a status conference held on January 8, 2021, the parties jointly proposed an adjournment of the commencement of trial for a short period given the COVID-19 pandemic;

WHEREAS, during the status conference, the Court tentatively suggested continuing trial until the week of May 17, 2021, subject to a plan to be submitted by the parties and the Court's approval and availability;

WHEREAS, the statutory stay of the Food and Drug Administration's ("FDA") approval of Zydus's ANDA No. 211582 will expire on July 8, 2021 (the "Statutory Stay");

WHEREAS, as originally scheduled, there were 146 days between the anticipated conclusion of trial and the expiration of the Statutory Stay;

NOW THEREFORE, AstraZeneca and Zydus, by their undersigned counsel, STIPULATE AND AGREE as follows:

1. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

2. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████.

3.  ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████.

4.  Nothing herein shall prevent or preclude AstraZeneca or Zydus from submitting a copy of, or otherwise providing notification about, this Stipulation and Order to any U.S. governmental body in order to comply with any U.S. law or regulation.

| | |
|---|---|
| DATED: January 19, 2021 | Respectfully submitted, |
| /s/ *Daniel M. Silver* | /s/ *John C. Phillips, Jr.* |
| Michael P. Kelly (#2295) | John C. Phillips, Jr. (#110) |
| Daniel M. Silver (#4758) | Megan C. Haney (#5016) |
| Alexandra M. Joyce (#6423) | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| MCCARTER & ENGLISH, LLP | 1200 N. Broom Street |
| Renaissance Centre | Wilmington, DE 19806 |
| 405 N. King Street, 8th Floor | (302) 655-4200 |
| Wilmington, DE 19801 | jcp@pmhdelaw.com |
| (302) 984-6300 | mch@pmhdelaw.com |
| mkelly@mccarter.com | |
| dsilver@mccarter.com | OF COUNSEL: |
| ajoyce@mccarter.com | |
| | Michael J. Gaertner (admitted *pro hac vice*) |
| OF COUNSEL: | Myoka Kim Goodin (admitted *pro hac vice*) |
| | Jennifer M. Coronel (admitted *pro hac vice*) |
| Charles E. Lipsey (admitted *pro hac vice*) | Christopher J. Cassella (admitted *pro hac vice*) |
| Ryan P. O'Quinn (admitted *pro hac vice*) | LOCKE LORD L.L.P. |
| FINNEGAN, HENDERSON, FARABOW, | 111 South Wacker Drive |
|    GARRETT & DUNNER, L.L.P. | Chicago, IL 60606 |
| 1875 Explorer Street, Suite 800 | (312) 443-0700 |
| Reston, VA 20190 | mgaertner@lockelord.com |
| (571) 203-2700 | mkgoodin@lockelord.com |
| Charles.Lipsey@finnegan.com | jennifer.coronel@lockelord.com |
| oquinnr@finnegan.com | christopher.cassella@lockelord.com |
| John D. Livingstone (admitted *pro hac vice*) | Alan B. Clement (admitted *pro hac vice*) |
| M. David Weingarten (admitted *pro hac vice*) | Zhibin Li (admitted *pro hac vice*) |
| Megan L. Meyers (admitted *pro hac vice*) | LOCKE LORD L.L.P. |
| FINNEGAN, HENDERSON, FARABOW, | Brookfield Place |
|    GARRETT & DUNNER, L.L.P. | 200 Vesey Street, 20th Floor |
| 271 17th Street, N.W., Suite 1400 | New York, NY 10281-2101 |
| Atlanta, GA 30308-3263 | (212) 415-8600 |
| (404) 653-6400 | aclement@lockelord.com |
| John.Livingstone@finnegan.com | zhibin.li@lockelord.com |
| David.Weingarten@finnegan.com | |
| Megan.Meyers@finnegan.com | *Attorneys for Defendant Zydus Pharmaceuticals (USA), Inc.* |

ME1 35481895v.1

Jill K. MacAlpine (admitted *pro hac vice*)
Matthew Hlinka (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000
Jill.MacAlpine@finnegan.com
Matthew.Hlinka@finnegan.com

*Attorneys for Plaintiff AstraZeneca AB*


SO ORDERED this _____ day of _____, 2021.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE