

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

January 19, 2021

<u>VIA CM/ECF</u>

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

PUBLIC VERSION FILED:
JANUARY 26, 2021

**Re:** *AstraZeneca AB v. Zydus Pharm. (USA) Inc.*, C.A. No. 18-0664-RGA, (D. Del.)

Dear Judge Andrews,

     Plaintiff AstraZeneca AB ("Plaintiff" or "AstraZeneca") and Defendant Zydus Pharmaceuticals (USA) Inc. ("Defendant" or "Zydus") jointly submit this letter at the Court's request following the status conference held virtually in the above-referenced action on January 8, 2021.

     This case is presently set for a bench trial to begin on February 10, 2021 (D.I. 115), with a final pretrial conference set for January 29, 2021. (D.I. 121.) During the January 8th status conference, the parties jointly expressed an interest in postponing the trial until later in the spring, when circumstances surrounding the global pandemic may have lessened, vaccines may have become more widespread, and the trial might be able to be conducted in person in Wilmington. As set forth in the December 4, 2020 Joint Status Report (D.I. 113), AstraZeneca has witnesses and attorneys that would prefer not to travel for trial at least until vaccination is possible.

     The Court presented the week of April 26, 2021, and the week of May 17, 2021, as potential options for a rescheduled trial. Since the status conference, the parties have conferred on witness and attorney availability for those dates. It appears that both parties would be available for a three-day bench trial the week of **May 17**, with the week of April 26 not being possible at this time.

     To facilitate the continuance of the trial, the parties have agreed, if acceptable to the Court, that [REDACTED]

January 19, 2021
Page 2



. Accordingly, the parties have agreed, if acceptable to the Court, that

Enclosed is a stipulation between AstraZeneca and Zydus memorializing the agreement ▮ and clarifying certain rights of each party in the context of this agreement. If the stipulation meets with the Court's approval, the parties respectfully request that it be entered.

In addition to the continuance of the trial date, the parties propose rescheduling of the January 29, 2021 final pretrial conference to a date closer to the May trial date, subject to the Court's availability and approval. The parties will meet and confer to renegotiate a schedule for preparation of the final Joint Pretrial Order, which will be submitted three business days prior to the rescheduled final pretrial conference.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via Electronic Mail)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on January 19, 2021 on the following counsel in the manner indicated:

### VIA EMAIL:

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

Michael J. Gaertner
Myoka Kim Goodin
Zhibin Li, Ph.D.
Jennifer M. Coronel
Christopher J. Cassella
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
mkgoodin@lockelord.com
jennifer.coronel@lockelord.com
christopher.cassella@lockelord.com
zhibin.li@lockelord.com

*Attorneys for Defendant*

Dated: January 19, 2021         */s/ Daniel M. Silver*
                                Daniel M. Silver (#4758)