IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-664-RGA |
| | : | |
| ZYDUS PHARMACEUTICALS (USA), INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 11th day of May, 2021, upon consideration of the proposed pretrial order (D.I. 135 & 136) and the discussion at the pretrial conference held on May 7, 2021, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 135 & 136) is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A bench trial will begin on Monday, May 17, 2021, at 8:30 a.m. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m. Testimony will conclude on May 19th. Closing argument is set for Friday, May 21, 2021, at 9 a.m.

3. The trial is timed. Each side is allowed 10 ½ hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The amount of time allowed for closing argument will be decided during trial.

4. Trial counsel are to be present and ready to proceed at 8:15 a.m. each and every day of trial. The plan is that there will be an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

5. The motions in limine have been resolved. (D.I. 137).

6. Any trial logistics should be coordinated through the Courtroom Deputy.

                                                          /s/ Richard G. Andrews
                                                    United States District Judge