AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

AstraZeneca AB

V.

Zydus Pharmaceuticals (USA) Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 18-cv-664 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | D. Silver, A. Joyce | J. Phillips, M. Haney |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/17/21 - 5/19/21 | H. Triozzi, D. Hawkins | L. Kilpatrick |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 |  |  |  | Dr. Gordon W. Gribble; sworn |
|  | W2 |  |  |  | Dr. Garry Tobin; sworn |
|  | W3 |  |  |  | Deposition of Dr. Wei Meng |
|  | W4 |  |  |  | Deposition of Gang Wu |
|  | W5 |  |  |  | Deposition of William Washburn |
| W6 |  |  |  |  | Deposition of Dr. Bruce Ellsworth |
| W7 |  |  |  |  | Deposition of Dr. Philip M. Sher |
| W8 |  |  |  |  | Dr. Kenneth Batchelor; sworn |
| W9 |  |  |  |  | Dr. Ronald A. Thisted; sworn |
| W10 |  |  |  |  | Dr. Joshua L. Cohen; sworn |
|  | W11 |  |  |  | Dr. Radojka Savic; sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages