AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

ASTRAZENECA AB,

V.

ZYDUS PHARMACEUTICALS (USA) INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18-cv-00664-RGA

| PRESIDING JUDGE<br>Richard G. Andrews | | | PLAINTIFF'S ATTORNEY<br>Daniel M. Silver | | DEFENDANT'S ATTORNEY<br>John C. Phillips, Jr. |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>May 17-19 and 21, 2021 | | | COURT REPORTER<br>Heather M. Triozzi | | COURTROOM DEPUTY<br>Leigh Kilpatrick |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 0002 | | May 17 | Self-Authenticating Non-hearsay | Self-Authenticating Non-hearsay | United States Patent No. 6,515,117 |
| 0004 | | May 17 | Self-Authenticating Non-hearsay | Self-Authenticating Non-hearsay | Certified File History for U.S. Patent 6,515,117 |
| 0027 | | May 17 | Gribble | Gribble | Confidential Memo - Significant Events/Metabolic Diseases Chemistry |
| 0047 | | May 18 | Batchelor | Batchelor | Lab Notebook No. 48216 |
| 0060 | | May 18 | Batchelor | Batchelor | Excerpts from Lab Notebook No. 48216 (PTX0047) |
| 0061 | | May 18 | Batchelor | Batchelor | MD072501 Data Spreadsheet |
| 0069 | | May 18 | Batchelor | Batchelor | WO 01/27128 - Ellsworth et al. |
| 0070 | | May 18 | Batchelor | Batchelor | K. Tsujihara et al., - 44 CHEM. PAHRM. BULL. 1174-1180 (1996) |
| 0073 | | May 18 | Batchelor | Batchelor | Hongu et al., - Chemical and Pharmaceutical Bulletin 46.1 22-33 (1998) |
| 0074 | | May 18 | Batchelor | Batchelor | WO 98/31697 - Sato et al |
| 0077 | | May 17 | Washburn | Washburn | Declaration Under 37 C.F.R. 1.132 of Dr. William N. Washburn |
| 0078 | | May 17 | Washburn | Washburn | Supplemental Declaration Under 37 C.F.R. 1.132 of Dr. William N. Washburn |
| 0080 | | May 17 | Gribble | Gribble | J.T. Link & Bryan K. Sorenson - 41 TETRAHEDRON LETTERS 9213-9217 (2000) |
| 0085 | | May 18 | Batchelor | Batchelor | Confidential Memo - Significant Events/Metabolic Diseases Chemistry |
| 0088 | | May 18 | Batchelor | Batchelor | Distribution of Substituents for Examples of WO '128 (FRE 1006 Summary of PTX0069) |
| 0090 | | May 17 | Gribble | Gribble | United States Patent No. 7,863,327 - Gribble et al. |
| 0091 | | May 17 | Gribble | Gribble | Dinkova-Kostova, Albena T., et al, - Proceeding of the National Academy of Science 102.12 4584-4589 (2005) |
| 0096 | | May 17 | Gribble | Gribble | Confidential Memo - Significant Events/Metabolic Diseases Chemistry |
| 0097 | | May 18 | Batchelor | Batchelor | SGLT2 Inhibitor PWG Kick-Off Meeting BMS-356103 Presentation |
| 0098 | | May 18 | Batchelor | Batchelor | Confidential Memo - Significant Events/Metabolic Diseases Chemistry |
| 0099 | | May 18 | Ellsworth | Ellsworth | Confidential Memo - Significant Events/Metabolic Diseases Chemistry |
| 0100 | | May 18 | Batchelor | Batchelor | SGTL2 Biology Significant Events Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___4___ Pages

AO 187A (Delaware Rev. 7/00)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | vs. | | | CASE NO. 1:18-CV-00664-RGA | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 0101 | | May 17 | Gribble | Gribble | Confidential Memo - Significant Events/Metabolic Diseases Chemistry |
| 0102 | | May 17 | Gribble | Gribble | Significant Events: SGLT2 Inhibitor Biology Program Report |
| 0103 | | May 18 | Batchelor | Batchelor | Significant Events: SGLT2 Inhibitor Biology Program Report |
| 0104 | | May 18 | Batchelor | Batchelor | Confidential Memo - Hopewell Discovery Updates |
| 0105 | | May 17 | Gribble | Gribble | Sodium Dependent Glucose Transporter (SGLT2) Inhibitor BMS-512148 Development Plan |
| 0106 | | May 19 | Cohen | Cohen | Mujahid A. Saeed & Parth Narendran - 8 DRUG DESIGN DEV. THER. 2493-2505 (2014) |
| 0107 | | May 17 | Gribble | Gribble | Li, Yangxiong, et al. - Bioorganic & Medicinal Chemistry Letters 29.1 1836-1841 (2019) |
| 0108 | | May 17 | Gribble | Gribble | Strickland, Sidney, et al. - Cancer Research 43.11 5268-5272 (1983) |
| 0154 | | May 17 | Gribble | Gribble | Defendant Zydus Pharmaceutical (USA) Inc.'s Invalidity Contentions for U.S. Patent Nos. 7,943,788; 8,785,403 & 8,785,403 in Mitsubishi v. Sandoz |
| 0155 | | May 17 | Gribble | Gribble | Defendant Zydus Pharmaceutical (USA) Inc's Proposed Finding of Fact and Conculsion of Law in Mitsubishi v. Sandoz |
| 0161 | | May 19 | Cohen | Cohen | AM. Diabetes Assoc., Standards of Medical Care in Diabetes - 2007, 30 (Suppl. 1) DIABETES CARE S4-S41 (2007) |
| 0164 | | May 19 | Cohen | Cohen | AstraZeneca Press Release, Farxiga approved in the US to reduce the risk of hospoitalization for heart failure in pateients with type-2 diabetes |
| 0168 | | May 19 | Cohen | Cohen | Centers for Disease Control and Prevention, National Diabetes Statistics Report (2020) |
| 0176 | | May 19 | Cohen | Cohen | Food & Drug Admin Center for Drug Evaulation and Research Medical Review(s), Application Number 202293Orig1s000 at 15 (2013) |
| 0177 | | May 19 | Cohen | Cohen | Food & Drug Admin., FDA Drig Safety Communication: FDA confirms increased risk of leg and foot amputations with the diabetes medicine canagliflozin (Invokana, Invokamet, Invokamet XR) |
| 0185 | | May 19 | Cohen | Cohen | M.A. Abdul-Ghani, Luke Norton and Ralph Defronzo - 32(4) ENDOCRINE REVIEWS 515-531(2011) |
| 0186 | | May 19 | Cohen | Cohen | Marc S. Rendell - 13(6) EXPERT REV. ENDOCRIN. METAB. 333-339 (2018) |
| 0188 | | May 19 | Cohen | Cohen | Meng et al., 51 J. MED. CHEM. 1145-1149 (2008) |
| 0189 | | May 19 | Cohen | Cohen | Michael A. Weber et al., - 4 LANCET DIABETES ENDOCRIN. 211-220 (2016) |
| 0190 | | May 19 | Cohen | Cohen | Nicholas A Tritos and Christos S. Mantzoros - 83(9) J. CLIN. ENDOCRIN. MET. 3025-3030 (1998) |
| 0191 | | May 19 | Cohen | Cohen | Ralph A Defronzo - 131 ANNALS INTERNAL MED. 281-303 (1999) |
| 0192 | | May 19 | Cohen | Cohen | Richard A. Harrigan et al., - 38 ANNALS EMERGGENCY MED. 68-78 (2001) |
| 0197 | | May 19 | Cohen | Cohen | Highlights of Prescribing Information - Farxiga Revised 1/2020 |
| 0198 | | May 19 | Cohen | Cohen | Highlights of Prescribing Information - Invokana Revised 10/2018 |
| 0199 | | May 19 | Cohen | Cohen | Highlights of Prescribing Information - Invokana Revised 08/2020 |
| 0202 | | May 19 | Cohen | Cohen | Highlights of Prescribing Information - Steglatro Revised 1/2020 |
| 0208 | | May 18 | Batchelor | Batchelor | Lab Notebook No. 47024 |

AO 187A (Delaware Rev. 7/00)     EXHIBIT AND WITNESS LIST – CONTINUATION

| | | vs. | | | CASE NO. 1:18-CV-00664-RGA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 0209 | | May 18 | Batchelor | Batchelor | Lab Notebook No. 48217 |
| 0210 | | May 18 | Batchelor | Batchelor | Lab Notebook No. 56826 |
| 0212 | | May 18 | Thisted | Thisted | STZ Studies - Exhibit C to Rebuttal Expert Report of Ronald A. Thisted, Ph.D |
| 0213 | | May 18 | Thisted | Thisted | ZDF Study - Exhibit D to Rebuttal Expert Report of Ronald A. Thisted, Ph.D |
| 0220 | | May 17 | Gribble | Gribble | Confidential Memo - Significant Events |
| 0236 | | May 18 | Batchelor | Batchelor | ECN Document: BMS-437133, SGLT2 Antagonist for Treatment of Diabetes |
| 0242 | | May 17 | Self-Authenticating Non-hearsay | Self-Authenticating Non-hearsay | Certified File History for United States Patent Application No. 16/014,479 |
| 0263 | | May 18 | Batchelor | Batchelor | George A. Patani & Edmond J. LaVoie - 96 CHEM REV 3147 (1996) |
| 0264 | | May 18 | Batchelor | Batchelor | Graham L. Patrick, AN INTRODUCTION TO MEDICIANL CHEMISTRY (1st ed. 1995) |
| 0265 | | May 18 | Batchelor | Batchelor | Gareth Thomas, MEDICINAL CHEMISTRY: AN INTRODUCTION (2000) |
| 0268 | | May 18 | Thisted | Thisted | Appendix 1 to Supplement to Rebuttal Expert Report of Ronald A. Thisted, Ph.D |
| 0270 | | May 18 | Thisted | Thisted | Appendix 3 to Supplement to Rebuttal Expert Report of Ronald A. Thisted, Ph.D |
| 0272 | | May 18 | Batchelor | Batchelor | Curriculum Vitae of Kenneth William Batchelor |
| 0273 | | May 18 | Thisted | Thisted | Curriculum Vitae of Ronald A. Thisted |
| 0293 | | May 19 | Cohen | Cohen | Curriculum Vitae of Joshua Lewis Cohen, M.D., F.A.C.P. |
| 0295 | | May 18 | Thisted | Thisted | Excerpts from Lab Notebook No. 47024 |
| 0296 | | May 18 | Thisted | Thisted | Excerpts from Lab Notebook No. 48217 |
| 0297 | | May 18 | Thisted | Thisted | Excerpts from Lab Notebook No. 56826 |
| 0304 | | May 18 | Batchelor | Batchelor | Acute Blood Glucose Reduction Following Oral Adminstration of Dapagliflozin or the Compound of Ex. 12 of WO '12 in Hyperglycemic STZ Rats (FRE 1006 Summary of PTX0208, PTX0209 and PTX0210 |
| 0305 | | May 18 | Batchelor | Batchelor | Plasma Glucose Reduction in ZDF Rats Following Oral Adminstration of Dapagliflozin or the Compound of Ex. 12 of WO '128 in a Two Week Subchronic Study (FRE 1006 Summary of PTX0030 and PTX0061) |
| 0306 | | May 18 | Batchelor | Batchelor | Plasma Glucose Reduction in ZDF Rats Following Oral Adminstration of Dapagliflozin or the Compound of Ex. 12 of WO '128 in a Two Week Subchronic Study (FRE 1006 Summary of PTX0060) |
| 0308 | | May 18 | Batchelor | Batchelor | Distribution of Substituents for Examples Falling Within Structure IB of WO '128 (FRE 1006 Summary of PTX0069) |
| | | May 18 | | | LIVE WITNESS: Kenneth W. Batchelor, Ph.D |
| | | May 18 | | | LIVE WITNESS: Ronald A. Thisted, Ph.D |
| | | May 18 | | | LIVE WITNESS: Joshua L. Cohen, M.D., F.A.C.P. |
| | | May 17 | | | WITNESS BY DEPOSITION: William N. Washburn, Ph.D |
| | | May 17 | | | WITNESS BY DEPOSITION: Philip M. Sher |

AO 187A (Delaware Rev. 7/00)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | CASE NO. 1:18-cv-00664-RGA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | May 17 | | | WITNESS BY DEPOSITION: Bruce Ellsworth, Ph.D |
| | | May 17 | | | WITNESS BY DEPOSITION: Wei Meng, Ph.D |
| | | May 17 | | | WITNESS BY DEPOSITION: Gang Wu, M.S. |

Page 4 of 4 Pages