

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

August 5, 2021

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Re:** *AstraZeneca AB v. Zydus Pharm. (USA) Inc.*, **C.A. No. 18-0664-RGA, (D. Del.)**

Dear Judge Andrews,

In accordance with the Stipulation and Order Concerning Post-Trial Briefing entered by the Court on June 16, 2021 (D.I. 147), enclosed please find two USB drives that contain electronic versions of the following, with hyperlinks to exhibits, transcripts, cases and statutes cited therein:

- Plaintiff's Responsive Post-Trial Brief (D.I. 158); and

- Plaintiff's Proposed Post-Trial Findings of Fact (D.I. 159).

Counsel are available at the Court's convenience in connection with this matter.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via Electronic Mail)

ME1 37167746v.1