PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN*
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806
———
(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

August 6, 2021

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

　　　Re:　　*AstraZeneca AB v. Zydus Pharm. (USA) Inc.,* C.A. No. 18-664-RGA

Dear Judge Andrews:

In accordance with the Stipulation and Order Concerning Post-Trial Briefing entered by the Court on June 16, 2021 (D.I. 147), enclosed please find two (2) USB drives that contain electronic versions of the following with hyperlinks to exhibits, transcripts, cases and statutes cited therein:

- Defendant's Opening Post-Trial Brief (D.I. 160);
- Defendant's Proposed Findings of Fact (D.I. 161);
- Defendant's Reply Post-Trial Brief (D.I. 163); and
- Defendant's Reply Proposed Findings of Fact (D.I. 164).

Counsel are available at the Court's convenience in connection with this matter.

　　　　　　Respectfully submitted,

　　　　　　*/s/ Megan C. Haney*

　　　　　　Megan C. Haney (No. 5016)

Enclosure
cc:　Counsel of Record (via CM/ECF & Email)