

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

May 20, 2022

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

RE:  *AstraZeneca AB v. Zydus Pharmaceuticals (USA) Inc.,* **Case No. 18-664-RGA**

Dear Judge Andrews:

Plaintiff AstraZeneca AB ("Plaintiff" or "AstraZeneca") and Defendant Zydus Pharmaceuticals (USA) Inc. ("Defendant" or "Zydus") jointly submit this letter at the Court's request in response to Your Honor's May 13, 2022 Order in the above-referenced matter (D.I. 183). Although the original expiration date of the patent-at-issue, U.S. Patent No. 6,515,117 ("the '117 patent"), was October 4, 2020, the United States Patent & Trademark Office issued a certificate on July 29, 2020, extending the term of the '117 patent by five years under 35 U.S.C. § 156. (Ex. A; *see also* D.I. 135-1, Ex. A, ¶ 24.) The current expiration date of the '117 patent is therefore October 4, 2025. (*See id.*) Accordingly, the case is not moot.

Attached is the parties' proposed final judgment.

The parties respectfully note that AstraZeneca's Motion to Correct a Limited Portion of the Trial Opinion (D.I. 172, 177, 178) is still pending. The parties later summarized their respective positions in a joint letter to the Court (D.I. 182).

It is AstraZeneca's position that final judgment should not be entered until AstraZeneca's Motion is decided by the Court. (*See* D.I. 175.) Entering final judgment before ruling on AstraZeneca's Motion introduces the risk of the Court losing jurisdiction over this issue once an appeal is filed (which Zydus is incentivized to do promptly upon the heels of entry of final judgment).

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)