## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA AB,

     Plaintiff,

     v.

ZYDUS PHARMACEUTICALS (USA) INC.,

     Defendant.

C.A. No. 18-664-RGA

### [~~PROPOSED~~] FINAL JUDGMENT

**WHEREAS** this patent infringement action was brought by AstraZeneca AB ("AstraZeneca") alleging, *inter alia*, that the filing of Abbreviated New Drug Application ("ANDA") No. 211582 by Zydus Pharmaceuticals (USA) Inc. ("Zydus"), infringed claims 1-3, 14, and 16 of U.S. Patent No. 6,515,117 ("the '117 patent") (*see* D.I. 1); and

**WHEREAS** Zydus did not contest infringement of claims 1-3, 14, and 16 of the '117 patent if those claims were not found invalid at trial (D.I. 135 at 4); and

**WHEREAS** this matter came before the Court for a bench trial to resolve the question of whether claims 1-3, 14, and 16 of the '117 patent are invalid by reason of obviousness; and

**IT IS ORDERED, ADJUDGED, AND DECREED**, for the reasons set forth in the Court's Trial Opinion dated October 15, 2021 (D.I. 170), that:

1.    Final judgment is entered in favor of AstraZeneca and against Zydus (1) on AstraZeneca's claims of infringement under 35 U.S.C. § 271(e)(2) of claims 1-3, 14, and 16 of the '117 patent by Zydus's ANDA No. 211582, and (2) on Zydus's defense of invalidity of claims 1-3, 14, and 16 of the '117 patent.

1

2.     Final judgment is entered in favor of AstraZeneca and against Zydus that the generic dapagliflozin product that is the subject of Zydus's ANDA No. 211582, if approved by the FDA, would infringe claims 1-3 of the '117 patent under 35 U.S.C. § 271(a) and would infringe claims 14 and 16 of the '117 patent under 35 U.S.C. § 271(b).

3.     Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)) of any final approval by the FDA of Zydus's ANDA No. 211582 shall be a date not earlier than the expiration date of the '117 patent, including any extensions and/or additional periods of exclusivity to that date, except to the extent subsequently (a) agreed between AstraZeneca and Zydus, or (b) ordered or otherwise permitted by this Court or other tribunal.

4.     Pursuant to 35 U.S.C. § 271(e)(4)(B), Zydus, its affiliates, subsidiaries, and each of their officers, agents, servants, and employees, those acting in privity or concert with them, and any person or entity to whom Zydus transfers ANDA No. 211582, are hereby enjoined from engaging in the commercial manufacture, use, offer for sale, and/or sale in the United States and/or importation into the United States of the generic dapagliflozin product that is the subject of Zydus's ANDA No. 211582 until the expiration date of the '117 patent, including any extensions and/or additional periods of exclusivity to that date, except to the extent subsequently (a) agreed between AstraZeneca and Zydus or (b) ordered or otherwise permitted by this Court or other tribunal.

5.     In the event that a party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54(d) and/or Local Rules 54.1 and/or 54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and

IME1 40631644v.1

served within 30 days after the final disposition of any such appeal, and the responding party shall have 30 days after filing and service to respond.

6.       In the event that no party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54(d) and/or Local Rules 54.1 and/or 54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within 30 days after the expiration of the time for filing a notice of appeal under Fed. R. App. P. 3 and 4, and the responding party shall have 30 days after filing and service to respond.

7.       Pursuant to entry of this final judgment, all other claims and counterclaims shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) (D.I. 66, 68).

Dated this 28th day of _____, 2022

Honorable Richard G. Andrews
United States District Court Judge

ME1 40631644v.1