IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br><br>                    Plaintiff,<br><br>         v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>                    Defendant. | C.A. No. 1:18-cv-00664-RGA |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

Defendant Zydus Pharmaceuticals (USA) Inc. appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on July 28, 2022 [Dkt. 187] together with all subsidiary rulings and decisions in this matter.

Respectfully submitted this 24th day of August, 2022.

Dated: August 24, 2022     Respectfully submitted,

By: */s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Of counsel*

Michael J. Gaertner (admitted *pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

Alan B. Clement (admitted *pro hac vice*)
Zhibin Li, Ph.D. (admitted *pro hac vice*)
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
(212) 415-8600

*Attorneys for Zydus Pharmaceuticals (USA) Inc.*